**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RIGOBERTO SALINAS,

    Petitioner,                                    Crim. No. 00-80581-09
                                                   Civil No. 04-72875

-vs-                                              PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA

    Respondent.
_____/

ORDER: (1) ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND (2) DENYING PETITIONER'S MOTION,
PURSUANT TO 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT HIS
CONVICTION AND SENTENCE

    The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on November 30, 2004 and any objections filed thereto.

    **IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Petitioner's Motion, pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct his conviction and sentence is DENIED.

                                                             /s/ Paul D. Borman
                                                             PAUL D. BORMAN
                                                             UNITED STATES DISTRICT JUDGE

DATED: 4/29/05